UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| QUINTON P. BROWN, | ) | No. CV-09-5089-CI |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO WITHDRAW MOTION |
| v. | ) | FOR PRELIMINARY INJUNCTION |
| | ) | AND TEMPORARY RESTRAINING |
| GIL ALDEN, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Motion to Withdraw his previously filed Motion for Preliminary Injunction and Temporary Restraining Order. (Ct. Rec. 19, 20). Plaintiff Quinton Brown appears *pro se*; Assistant Attorney General Lynn Mounsey Longmeier represents Defendants. The parties have not consented to proceed before a magistrate judge. Plaintiff states his Motion for injunctive relief was filed prematurely and requests it be withdrawn in the interests of judicial efficiency. Defendants do not oppose Plaintiff's Motion. (Ct. Rec. 32.) Accordingly, for good cause shown,

**IT IS ORDERED:**

1. Plaintiff's Motion to Withdraw his Motion for Preliminary Injunction and Temporary Restraining Order (**Ct. Rec. 20**) is **GRANTED**;

2. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (**Ct. Rec. 19**) is **STRICKEN**.

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR
PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER - 1

1    The Clerk of the Court is directed to forward copies of this
2 Order to Plaintiff and counsel for all Defendants.
3    DATED May 17, 2010.

5                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

28 ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR
PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER - 2