UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

QUINTON P. BROWN,

    Plaintiff,

v.

GIL ALDEN, *et al.*,

    Defendants.

No.  CV-09-5089-CI
<u>Now</u> CV-09-5089-RHW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Imbrogno filed a Report and Recommendation on October 13, 2011, recommending that the Court deny Plaintiff's Motion for Preliminary Injunction and TRO (ECF No. 114), and grant and deny, in part, Defendant's Motion for Summary Judgment (ECF No. 115). Objections were due on or before October 27, 2011. There being no objections filed, the court **ADOPTS** the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Preliminary Injunction and TRO (ECF No. 70) is **DENIED**.

2. Defendant's Motion for Summary Judgment (ECF No. 43) is **GRANTED** and **DENIED**, in part.

**ORDER ADOPTING REPORT AND RECOMMENDATION** \* 1

3. A status conference before Judge Whaley is **SET** in this matter for **December 13, 2011**, at **1:00 p.m.** Defense counsel is directed to initiate the call to Plaintiff and then to the Court at the conference line: (509) 458-6382.

4. The District Court Executive and the parties shall **CHANGE THE INITIALS** on the case number on all future pleadings from CI to **RHW**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to the parties.

**DATED** this 14th day of November, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2009\brown.adoptR&R.ord.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION** * 2