UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

QUINTON P. BROWN,

    Plaintiff,

vs.

GIL ALDEN, *et al.*,

    Defendants.

No. CV-09-5089-RHW

**ORDER DISMISSING ACTION, WITH PREJUDICE**

Before the Court is the parties' joint stipulation to dismiss this action, with prejudice and without costs. The stipulation (ECF No. 150) is hereby **ENTERED**, all pending motions **DENIED**, as moot, and the action **DISMISSED**. Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and Plaintiff, and close the file.

**DATED** this 22nd day of May, 2012.

          *s/Robert H. Whaley*
          ROBERT H. WHALEY
          United States District Judge

**ORDER DISMISSING ACTION** * 1

dismissal.ord.wpd